UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

JENNIFER BAILEY and LANA LUFT,

        Plaintiffs,

vs.

SOUTHERN THERAPY SERVICES, INC.
AND BO HAMIL,

        Defendants.
_____/

Case No. 1:20-cv-2445-SDG

**ORDER APPROVING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF JUDGMENT DISMISSING CASE, WITH PREJUDICE**

THIS CAUSE came before the Court upon the Parties' joint motion to review and approve an FLSA settlement and dismiss this action with prejudice with respect to Plaintiffs Jennifer Bailey and Lana Luft. The parties have sought the Court's approval of their settlement. See *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982). The Court has reviewed the Parties' settlement and is otherwise fully advised, and it is hereby:

ORDERED and ADJUDGED that the Parties' settlement is APPROVED and

the claims of Plaintiffs are DISMISSED WITH PREJUDICE. Notwithstanding the dismissal of this action with prejudice, Plaintiffs may file a Motion to Reopen within 120 days of this Order to enforce the terms of the Settlement Agreement, if needed.

**SO ORDERED** this 23rd day of June 2022.

_____
Steven D. Grimberg
U.S. District Court Judge

cc: All counsel of record